UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| MOLI PASIA, | Case No. 2:21-cv-00550-GMN-VCF |
|---|---|
| Petitioner, | ORDER |
| v. | |
| ATTORNEY GENERAL OF THE U.S., | |
| Respondent. | |

Moli Pasia has submitted a *pro se* petition for writ of habeas corpus under 28 U.S.C. § 2241 (ECF No. 1-1).  However, petitioner has failed to submit an application to proceed *in forma pauperis* or pay the filing fee.  He will need to correct this omission before the action can proceed further.

**IT IS THEREFORE ORDERED** that, within **45 days** of the date of this order, petitioner make the necessary arrangements to pay the $5.00 filing fee OR file an application for leave to proceed in forma pauperis, accompanied by a signed financial certificate and a statement of his inmate account.

**IT IS FURTHER ORDERED** that the Clerk send petitioner a blank application to proceed *in forma pauperis* form for incarcerated litigants, with instructions.

**IT IS FURTHER ORDERED** that failure to comply with this order will result in the dismissal of this action without prejudice.

DATED: 27 April 2021.

_____
GLORIA M. NAVARRO
UNITED STATES DISTRICT JUDGE